UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

NORMAN CLARK                                CIVIL ACTION NO. 10-392-P

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

JAMES LEBLANC, ET AL.                       MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e). The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 28th day of January, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE